No. 41613.—Protest 838677–G of Stone & Downer Co. (Boston).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) the protest was sustained as to the board measurement of lumber.

No. 41614.—Protests 904111–G, etc., of Seaboard Lumber Sales Co. (Providence).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protests were sustained.

No. 41615.—Protest 909043–G of Seaboard Lumber Sales Co., Ltd. (Bridgeport).

Opinion by McClelland, P. J.   In accordance with stipulation of counsel and on the authority of *Laurence Phillips Lumber Co.* v. *United States* (T. D. 49624) the protests were sustained.

No. 41616.—Protest 979613–G of Biddle Purchasing Co. (New York).

Opinion by McClelland, P. J.   It was stipulated that the boxes in question are similar to those passed upon in *Nozaki* v. *United States* (C. D. 61).   The claim for free entry was therefore sustained.

No. 41617.—Protest 883350–G of H. B. Stebbins Leatherbee Co. (Boston).

Opinion by McClelland, P. J.   The protest was dismissed.

No. 41618.—Protests 870361–G, etc., of Consumers Import Co. et al.   (New York).

Opinion by McClelland, P. J.   On the records presented the protests were overruled.

No. 41619.—Petition 5864–R of Atlanta Belting Co. (Savannah).

Opinion by McClelland, P. J.   The petition was dismissed.

Before the Second Division, June 12, 1939

No. 41620.—Petitions 5766–R, etc., of DeMauduit Paper Corp. (New York).

Opinion by Tilson, J.   It appeared that the undervaluation was occasioned by a sharp decline in the French franc and by a change in the basis of appraisement by the customs officials.   It was found that there was no intention on the part of the importer to defraud the revenue or to conceal or misrepresent the facts.   The petitions were therefore granted.